

# Fourth Court of Appeals
## San Antonio, Texas

November 19, 2014

No. 04-14-00648-CR

Sebastian B. **NIXSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR3758
Honorable Lori I. Valenzuela, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on November 19, 2014.

_____
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of November, 2014.

_____
Keith E. Hottle, Clerk